UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JUDY SANDRA McAMIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:16-CV-141-TAV-MCLC |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge Clifton L. Corker on May 1, 2017 [Doc. 23]. In the R&R, Magistrate Judge Corker recommends that the Court deny plaintiff's Motion for Judgment on the Pleadings [Doc. 19], and grant the Commissioner's Motion for Summary Judgment [Doc. 21]. There have been no objections filed to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After reviewing the matter, the Court is in agreement with Magistrate Judge Corker's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 23]. Plaintiff's Motion for Judgment on the Pleadings [Doc. 19] is hereby **DENIED**, the Commissioner's Motion

for Summary Judgment [Doc. 21] is **GRANTED**, and the decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE